# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Gladimir Guzman-Gonsales<br>a/k/a Eulmar Guzman-Gonzalez<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)         5:25-mj-1176-PRL<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 13, 2024__ in the county of __Duval__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal reentry by a previously deported alien |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

BPA Lacey O'Neal, CBP
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: August 26, 2025

_____
Judge's signature

City and state: Ocala, Florida       United States Magistrate Judge Philip R. Lammens
*Printed name and title*

STATE OF FLORIDA            CASE NO. 5:25-mj-1176-PRL

COUNTY OF MARION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lacey E. O'Neal, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), formerly known as the Immigration and Naturalization Service (INS). I have been so employed since September 07, 2003. I am currently assigned to the Orlando, Florida, Border Patrol Station. In my capacity as a Border Patrol Agent, I am charged with the enforcement of Titles 8, 18, 19 and 21 of the United States Code. I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth

only those facts I believe are necessary to establish probable cause that the below listed individual committed a violation of 8 U.S.C. § 1326(a), illegal reentry by a previously removed alien.

3. On August 25, 2025, Florida Highway Patrol (FHP) contacted the Orlando Border Patrol Station in reference to the defendant, Gladimir GUZMAN-GONSALES. GUZMAN-GONSALES was a passenger in a vehicle that had been involved in a multi-car vehicle collision on the southbound lanes of the Florida Turnpike near mile marker 278 in Minneola, Florida[1]. The FHP troopers asked all involved parties for their identification and when asked for GUZMAN-GONSALES's identification and he produced a Mexican passport. Border Patrol Agents from the Orlando Border Patrol Station were contacted for further assistance. During the interview, agents gathered personal identifying information (name, date of birth, place of birth, etc.) from GUZMAN-GONSALES.

4. CBP record checks on his biographical information confirmed that GUZMAN-GONSALES is a citizen and national of Mexico with no lawful immigration status in the United States. He also has an Alien File Number (A 089 285 943), which contains his immigration history. GUZMAN-GONSALES was placed under arrest for immigration violations

---

[1] Minneola is in Lake County, within the Middle District of Florida.

2

and transported to the Orlando Border Patrol Station for further processing. At the station, Border Patrol Agents conducted a fingerprint comparison to GUZMAN-GONSALES's known fingerprints from his alien file. On August 25, 2025, the database indicated a match of the fingerprints.

5. Documents in the alien file also show that GUZMAN-GONSALES has been previously ordered deported/removed from the United States to Mexico by an Immigration Judge on August 21, 2008. GUZMAN-GONSALES was then physically deported/removed from the United States to Mexico on August 22, 2008, through Miami, Florida. GUZMAN-GONSALES was found to be present in the United States a second time on January 13, 2024, after having been arrested in Jacksonville, Florida. GUZMAN-GONSALES bonded out of jail and released before enforcement action could be taken.

6. There is no record of GUZMAN-GONSALES ever applying to or receiving consent of the Attorney General of the United States, and/or the U.S. Secretary of the Department of Homeland Security, for permission to re-enter the United States after GUZMAN-GONSALES's prior deportation/removal.

7. Based on the foregoing, I believe that there is probable cause that on August 25, 2025, Gladimir GUZMAN-GONSALES was found to be in

the United States voluntarily after being previously deported and removed from the United States, in violation of 8 U.S.C. § 1326(a).

This concludes my Affidavit.

_____
Lacey E. O'Neal,
Border Patrol Agent

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this* 26th *day of August, 2025.*

_____
The Honorable Philip R. Lammens
United States Magistrate Judge

4